# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                              **PLAINTIFF**

v.                            No. 3:19-cv-51-DPM

**KAREN ANN RHINEHARDT,**                                                    **DEFENDANT**
**Officer, Jonesboro Police Department**

## ORDER

1. Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 15 April 2019. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis* with a copy of this Order. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2019