# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| **GARY LEON WEBSTER**<br>**ADC #114018** | **PLAINTIFF** |
| v. | No. 3:19-cv-51-DPM |
| **KAREN ANN RHINEHARDT,**<br>**Officer, Jonesboro Police Department** | **DEFENDANT** |

## ORDER

Webster hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2019