# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARY LEON WEBSTER　　　　　　　　　　　　　　　　PLAINTIFF
ADC #114018

v.　　　　　　　　No. 3:19-cv-51-DPM

KAREN ANN RHINEHARDT,　　　　　　　　　　　　DEFENDANT
Officer, Jonesboro Police Department

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2019